# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

HARRY RANDOLPH PENTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2115

_____

June 5, 2024

Appeal from the County Court for Hillsborough County; Richard Weis, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.